IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BANG, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | _____ |
| ) | |
| NATIONSTAR MORTGAGE, LLC, ) | |
| ) | |
|    Defendant. ) | |

## NOTICE OF REMOVAL

Defendant Nationstar Mortgage ("Nationstar") hereby removes this action to the United States District Court for the Northern District of Georgia, Atlanta Division, showing the Court as follows:

Plaintiff Michael Bang ("Plaintiff") filed his Statement of Claim, Civil Action Number 14-J-11526, in the Magistrate Court for the County of Cobb, Georgia, claiming that Nationstar violated the Telephone Consumer Protection Act ("TCPA"), specifically, 47 U.S.C. § 227(b)(1)(A)(iii). A copy of the Statement of Claim and other filings are attached hereto as **Exhibit A**.

Nationstar's removal of Plaintiff's Complaint is timely under 28 U.S.C. § 1446(b). Further, this Court has federal subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331. It is well established that federal courts have

subject matter jurisdiction over TCPA claims. *Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 752 (2012).[1]

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Magistrate Court of Cobb County, Georgia as required by 28 U.S.C. § 1446.  Concurrent with the filing of this Notice of Removal, Nationstar has served Plaintiff with a copy of the Notice to Superior Court of Removal to Federal Court, which will be filed in the Superior Court of Cobb County, Georgia.  A copy of this Notice, without exhibits, is attached hereto as **Exhibit B**.

By filing this Notice of Removal, Nationstar does not waive the right to assert any defenses and/or objections to which they are entitled.

WHEREFORE, Nationstar prays that Civil Action No. 14-J-11526, in the Magistrate Court for the County of Cobb, Georgia be removed to and proceed in this Court and that no further proceeding be had in this case in the Magistrate Court of Cobb County, Georgia.

---

[1] Plaintiff has filed two other complaints in Cobb County Magistrate Court against Nationstar: (1) *Bang v. Nationstar*, No. 15-J-00124 and (2) *Bang v. Nationstar*, No. 15-J-00163. Nationstar contemporaneously is removing these cases to the United States District Court for the Northern District of Georgia and gives this Court notice of the related cases.

Respectfully submitted this 21st day of January, 2015.

/s/ Christopher S. Anulewicz
Christopher S. Anulewicz
Georgia Bar No. 020914
E-mail: canulewicz@balch.com
Geremy Gregory
Georgia Bar No. 885342
E-mail: ggregory@balch.com
Brooke W. Gram
Georgia Bar No. 810901
E-mail: bgram@balch.com

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

ATTORNEYS FOR DEFENDANT
NATIONSTAR MORTGAGE

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C) and 7.1(D).

This 21st day of January, 2015.

                                                   /s/ Christopher S. Anulewicz
                                                   Christopher S. Anulewicz
                                                   Georgia Bar No. 020914

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by U.S. Mail, properly addressed and postage prepaid, on this the 21st day of January, 2015:

>Michael Bang
>2849 Meadow Drive
>Marietta, GA 30062

>/s/ Christopher S. Anulewicz
>Christopher S. Anulewicz
>Georgia Bar No. 020914