# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BANG, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| v. : | |
| : | 1:15-CV-191-WBH |
| NATIONSTAR MORTGAGE, LLC, : | |
| : | |
| Defendant. : | |

## **ORDER**

The parties having filed a notice of settlement, [Doc. 32], the Court hereby **DIRECTS** the Clerk to administratively close the case.[1] The parties shall file a stipulation of dismissal on or before May 4, 2016. In the event that a final settlement is not reached, either party may move to reopen the case on or before that date.

It is **SO ORDERED** this 19th day of April, 2016.

_____
WILLIS B. HUNT, JR.
Judge, U. S. District Court

---

[1] Administrative closing is a docket-control device used by the Court for statistical purposes; it does not affect the Court's jurisdiction over the case or the rights of the parties. Time will not accrue toward case filing deadlines or statutory limitation periods relevant to the existing claims while the case is administratively closed.

AO 72A
(Rev.8/82)