# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL BANG,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **NATIONSTAR MORTGAGE,** ) <br> **LLC,** ) <br> ) <br> **Defendant**. | **CIVIL ACTION NO.** <br> 1:15-CV-00191-WBH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael Bang, and Defendant Nationstar Mortgage, LLC hereby dismiss this action with prejudice. Each party will bear its own costs, attorneys' fees and expenses.

[SIGNATURES ON FOLLOWING PAGE]

10247.5

Respectfully submitted this 13th day of April 2016.

| | |
|---|---|
| _____ <br> Michael Bang <br> Michaelrbang@gmail.com <br> 222 14th St. NE 223 <br> Atlanta GA 30209 <br> Telephone: 404-545-7119 <br> Facsimile: 770-206-2233 <br> Plaintiff *Pro Se* | **/s/ Christopher S. Anulewicz** <br> Christopher S. Anulewicz <br> Georgia Bar No. 020914 <br> E-mail: canulewicz@balch.com <br> Geremy Gregory <br> Georgia Bar No. 885342 <br> E-mail: ggregory@balch.com <br> Brooke W. Gram <br> Georgia Bar No. 810901 <br> E-mail: bgram@balch.com <br> <br> **BALCH & BINGHAM LLP** <br> 30 Ivan Allen Jr. Blvd. N.W., Suite 700 <br> Atlanta, GA 30308 <br> Telephone: (404) 261-6020 <br> Facsimile: (404) 261-3656 <br> <br> ATTORNEYS FOR DEFENDANT <br> NATIONSTAR MORTGAGE |

10247.5